CERAMIC TOOL COMPANY, INC,

      Plaintiff,

v.                            Case No. 25-cv-0939-bhl

CONSOLIDATED FLOORING OF CHICAGO, LLC,

      Defendant.

## AGREED MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Pursuant to Fed. R. Civ. P. 16(a)(4), Ceramic Tool Company, Inc. ("Ceramic Tool") moves this Court to extend the deadlines set forth in the Court's January 21, 2026, Amended Scheduling Order (Dkt. 23) as follows:

## MEMORANDUM IN SUPPORT

Federal Rule of Civil Procedure 16(a)(4) allows the Court to modify a scheduling order for good cause and with the Court's consent. Ceramic Tool requests that the Court adopt the proposed amended scheduling order to push out deadlines for depositions and dispositive motions by 120 days. The parties have conferred and agreed on these deadlines as appropriate given the circumstances.

The extension is required due to Ceramic Tool's main fact witness being previously unable and unavailable to assist in the discovery process due to urgent personal issues. That fact witness has only recently become available. Although Ceramic Tool has been engaged in the discovery process since the witness's return to work, the time remaining under the current Amended Scheduling Order is insufficient to meaningfully complete the fact discovery process. Ceramic Tool has discussed this matter with Consolidated Flooring of Chicago, LLC ("Consolidated

Flooring") and the parties agree that the circumstances are such that discovery deadlines, and other deadlines that rely on discoverable information, should be moved.

Therefore, Ceramic Tool proposes the following modified schedule, to which Consolidated Flooring has agreed:

1. All fact discovery must be completed no later than **October 28, 2026**. Discovery requests must be served sufficiently in advance of this deadline that timely responses are due before the deadline expires.

2. Mediation shall take place by **September 11, 2026.**

3. In accordance with Fed. R. Civ. P. 26, primary expert witness disclosures are due on or before **November 27, 2026**, and rebuttal expert witness disclosures are due on or before **January 29, 2027**. These documents are to be exchanged between the parties and are not to be filed with the Court.

4. All expert discovery must be completed no later than **January 29, 2027**.

5. Expedited non-dispositive motions must comply with Civil L. R. 7(h). Counsel seeking non-dispositive procedural relief shall consult with the opposing party and include in the motion a statement indicating whether or not the motion is opposed.

## SUMMARY JUDGMENT MOTIONS

6. Motions for summary judgment must comply with Fed. R. Civ. P. 56 and Civil L. R. 7 and shall be served and filed on or before **January 29, 2027**.

Because a trial date has not been set, the parties' proposed schedule should have minimal impact on the Court's calendar. For these reasons, Ceramic Tool requests that the Court adopt the proposed amendment to the Amended Scheduling Order that has been agreed to by Consolidated Flooring.

Respectfully submitted this 22nd day of June, 2026.

/s/ Joshua B. Levy

Joshua B. Levy (Bar No. 1017759)
Paige E. Sprink (Bar No. 1122772)
HUSCH BLACKWELL LLP
511 North Broadway,
Suite 1100
Milwaukee, WI 53202
(414) 978-5554
Joshua.Levy@huschblackwell.com
Paige.Sprink@huschblackwell.com

*Attorneys for Plaintiff Ceramic Tool
Company, Inc.*